# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

|  | Office of the Clerk | Lincoln Office: |
|---|---|---|
| Denise M. Lucks | 111 S. 18th Plaza, Suite 1152 | P. O. Box 83468 |
| Clerk of Court | Omaha, NE  68102-1322 | Lincoln, NE 68501-3468 |
|  | (402) 661-7350 | (402) 437-5225 |
| Therese M. Bollerup | FAX 661-7387 | FAX  437-5651 |
| Chief Deputy Clerk |  |  |

August 24, 2005

Ralph DeLoach, Clerk
U.S. District Court
401 N. Market
204 U.S. Courthouse
Wichita, Kansas 67202

      Re:    James A. Hald
             USDC-NE 4:01cr72

Dear Clerk:

      Pursuant to the transfer order filed in our court on August 23, 2005, the probation/supervision of the above-mentioned individual is transferred to the District of Kansas.

      Enclosed are the following  documents along with a certified copy of the docket sheet:

1. Certified copy of the Indictment;
2. Certified copy of the Judgment & Commitment Order;
3. Certified copy of the Amended Judgment & Commitment Order; and
4. Certified copy of the Transfer of Jurisdiction Order.

      Please acknowledge receipt of these documents at the bottom of this letter as indicated and return it to the Omaha office.  Thank you for your assistance.

                        Sincerely,

                        DENISE M. LUCKS, Clerk

                        By:    s/ Amy Brunswick
                                Deputy Clerk

Enclosures
cc:    Chief Probation Officer - NE (without enclosures)
        Chief Probation Officer - KS (without enclosures)

The above-referenced documents were received by the U.S. District Court for the District of Kansas on _____ by _____.
                        Date                  Signature
Receiving Court's Assigned Case No: _____.